

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Howard | Civil Action No. 18cv1183-MMA(JMA) |
| Plaintiff, | |
| V. | |
| San Diego County Counsel; Claims and Investigation for the San Diego County Recorder/Assessor; Does 1-10 | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's FAC with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Date: 7/24/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy